**Alive Michael ANDERSON, Petitioner–Appellant,**

v.

**Robey LEE, Respondent–Appellee.**

**No. 02–6013.**

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Alive Michael Anderson, Appellant Pro Se. Sandra Wallace Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alive Michael Anderson seeks to appeal the district court's order denying relief on

his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Anderson v. Lee*, No. CA–00–657 (E.D.N.C. Nov. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*